UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SHERRIE M. STEELE,

      Plaintiff,

v.

PREMERA LONG-TERM DISABILITY BENEFIT PLAN; STATES WEST LIFE INSURANCE COMPANY; and INTEGRATED DISABILITY RESOURCES, INC.,

      Defendants.

No. CV-06-0072-FVS

ORDER OF DISMISSAL

    The parties having stipulated to dismissal of the above-entitled matter with prejudice and without attorney's fees or costs to any party, and the parties having further stipulated to the entry of this Order without further notice to any party,

    **IT IS HEREBY ORDERED** that pursuant to the Stipulated Joint Motion For Dismissal With Prejudice filed by the parties, **Ct. Rec. 22**, and Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE** without attorneys' fees or costs to any party.

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE THE FILE.**

    **DATED** this  3rd  day of January, 2007.

                                  s/ Fred Van Sickle
                                    Fred Van Sickle
                            United States District Judge

ORDER OF DISMISSAL- 1